IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| QVC, INC.<br>Studio Park<br>1200 Wilson Drive<br>West Chester, PA  19380-4267,<br>          Plaintiff,<br><br>          v.<br>VALUEVISION MEDIA, INC.,<br>d/b/a ShopNBC<br>6740 Shady Oak Road<br>Eden Prairie, Minnesota  55344,<br>          Defendant. | CIVIL ACTION<br><br>NO. |

**DISCLOSURE STATEMENT FORM
OF PLAINTIFF QVC, INC.
PURSUANT TO FED.R.CIV.P. 7.1**

Please check one box:

☐  The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒  The nongovernmental corporate party, plaintiff, QVC, Inc._____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:
Liberty Media Corporation, possibly through one or more intermediaries, owns 100% of the stock of QVC, Inc.

    September 4, 2009                          [signature]
Date                                Signature (Validation NM264)
                  Counsel for:   Plaintiff QVC, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
     (a) WHO MUST FILE: NONGOVERNMENTAL CORPORATE PARTY. A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.
     (b) TIME FOR FILING; SUPPLEMENTAL FILING. A party must:
          (1)   file the Rule 7.1(a) statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court, and
          (2)    promptly file a supplemental statement upon any change in the information that the statement requires.